# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | 2:12-cr-118-GMN-VCF |
| MICHAEL CHARLES GARCIA, ) | |
| Defendant. ) | **ORDER** |
| _____) | |

On April 24, 2013, the Court granted C. Stanley Hunterton, Esq.'s "Emergency Motion to Withdraw" (#66) and ordered counsel appointed (#67). Therefore;

IT IS HEREBY ORDERED that Todd M. Leventhal, Esq. is appointed as counsel for Michael Charles Garcia in place of C. Stanley Hunterton, Esq. for all further proceedings.

IT IS FURTHER ORDERED that Mr. Hunterton shall forward the file to Mr. Leventhal forthwith.

DATED this  29th  day of April, 2013.

Nunc Pro Tunc Date: April 25, 2013.

_____
CAM FERENBACH
United States Magistrate Judge