FILED
NOV 14 2013
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) 2:12-cr-00118-JAD-VCF |
| vs. | ) |
| MICHAEL CHARLES GARCIA, | ) |
| Defendant. | ) ORDER |

Before this court for review is defendant's Motion(121) to Withdraw as Counsel for Michael Charles Garcia, submitted by Todd M. Leventhal.

The court having read and reviewed the motion and good cause appearing it is hereby GRANTED.

IT IS ORDERED that PAOLA M. ARMENI is appointed as counsel in place of Todd M. Leventhal for all future proceedings.

Mr. Leventhal shall forward the file to Ms. Armeni forthwith.

DATED this 14th day of November, 2013.

_____
UNITED STATES DISTRICT JUDGE